CUNNINGHAM, Ex Parte.

Ohio Appeals, 1st Dist., Hamilton Co.

Decided Nov. 7, 1927.

Gladys L. Sutton, Cincinnati, for petitioner.

Chas. P. Taft, 2nd Pros. Atty., and Carl Basler, Cincinnati, contra.

851. NOTICE & KNOWLEDGE—633. Infants 681. Jurisdiction.

1. Issuing of warrant for infant daughter, subpoena for mother, and appearance of mother at hearing, held to constitute due notice to mother in dependency proceeding against daughter.

2. Notice to mother in original dependency proceeding against infant daughter in juvenile court gives continuing jurisdiction of infant, to enter later judgment modifying former order for temporary commitment, and providing permanent commitment to children's home.

MILLS, J.

Where warrant was issued requiring infant daughter to be produced in court, and subpoena was issued for mother, and mother appeared at hearing, held mother, under 1648 GC., received due notice in dependency proceeding against daughter.

Where mother received due notice under 1648 GC., in original dependency proceeding against infant daughter, juvenile court, under 1643 GC., acquired continuing jurisdiction of infant, and, under Sections 1643 and 1672, had jurisdiction to enter later judgment modifying former order for temporary commitment, and providing that daughter be permanently committed to care, custody, maintenance and control of children's home without notice to mother.

(Hamilton, PJ., concurs. Cushing, J., dissents.)

For reference to full opinion, see Omnibus Index, last page, this issue.